### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Randall Watkins, | Case No. 24-cv-0148 (PJS/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Lisa Stenseth, | |
| Respondent. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated June 28, 2024. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Petitioner Randall Watkins's habeas petition [Dkt. No. 1] is DENIED.

2. No certificate of appealability shall be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 6, 2024

s/Patrick J. Schiltz_____
Patrick J. Schiltz
Chief Judge
United States District Court